Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 92 C 7042 | **DATE** | 8/24/2000 |
| **CASE TITLE** | Cook vs. McCarron | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Teamsters Local 705 Health and Welfare Fund's motion to amend previously filed motion and amended motion for order regarding escrow funds are granted. Enter Amended Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | **Document Number** |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | AUG 2 8 2000 date docketed | |
| ✓ | Docketing to mail notices. | | | 372 |
| | Mail AO 450 form. | | IS docketing deputy initials | |
| | Copy to judge/magistrate judge. | ED-7 FILED FOR DOCKETING 00 AUG 25 PM 4: 18 | | |
| | courtroom deputy's initials | | date mailed notice | |
| rs | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



AUG 28 2000

ARCHIE J. COOK,           )
                          )
            Plaintiff )
                          )
                          )
        -vs-              ) NO. 92 C 7042
                          ) (Consolidated with
W. EUGENE McCARRON,       ) Case No. 95 C 828)
et al.,                   )
                          ) Honorable Blanche M. Manning
            Defendants)

A M E N D E D   O R D E R

THIS MATTER COMING ON TO BE HEARD on Motion of TEAMSTERS LOCAL 705 HEALTH AND WELFARE FUND seeking the closure of a certain escrow account and the disbursement of all monies held in said escrow account, and the Court having reviewed such Motion and being otherwise fully advised;

IT IS ORDERED AND ADJUDGED THAT:

1. AMERICAN NATIONAL BANK OF CHICAGO, as Escrowee of an account held in the name of TEAMSTERS LOCAL 705 HEALTH AND WELFARE FUND, Escrow Account No.

372

36253003, is hereby ordered upon presentation of this Order to immediately liquidate all interest bearing assets held in said escrow and to distribute the funds held in said Escrow Account by preparing and providing checks as follows:

    a. A check in the amount of $54,437.04 payable to the TEAMSTERS LOCAL 705 HEALTH AND WELFARE FUND, 1645 West Jackson Boulevard, Chicago, Illinois 60612;

    b. A check in the amount of $12,498.57 payable to ROBIN POTTER, as agent for Class Counsel in 92 C 7042 at Potter & Schaffner, P.C., 30 North LaSalle Street - Suite 1724, Chicago, Illinois 60602;

    c. A check in the amount of $135.31 payable to ARCHIE COOK in care of ROBIN POTTER of Potter & Schaffner, P.C., 30 North LaSalle Street - Suite 1724, Chicago, Illinois 60602;

    d. A check in the amount of $69.29 payable to the INTERNATIONAL BROTHERHOOD OF

TEAMSTERS, Legal Department, 25 Louisiana Avenue, N.W., Washington, D. C. 20001; and

e. A check in the amount, but not to exceed $350.00, of any interest accrued since the last statement on this account and not otherwise distributed by "a" through "d", above, to the TEAMSTERS LOCAL 705 HEALTH AND WELFARE FUND, 1645 West Jackson Boulevard, Chicago, Illinois 60612.

2. AMERICAN NATIONAL BANK OF CHICAGO is hereby ordered after the disbursements provided for in Paragraph "1", above, to close and terminate Escrow Account No. 36253003.

ENTERED:

/s/ Blanche M. Manning
JUDGE, DISTRICT COURT

DATE: 25 August 2000

BARBARA J. HILLMAN, Esq.
CORNFIELD AND FELDMAN
25 East Washington Street
Suite 1400
Chicago, Illinois 60603
(312) 236-7800
(312) 236-6686 Facsimile

- 3 -